IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DERRICK L. GIBSON, SR.,**

    **Plaintiff,**

v.                                       CASE NO.  4:13-cv-117-MW/GRJ

**JOHN DOE and MICHAEL D.
CREWS, Secretary,
DEPARTMENT OF CORRECTIONS,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered the Magistrate's Report and Recommendation, ECF No.30, filed April 1, 2014.   Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Defendant's motion to dismiss, ECF No. 19, is **GRANTED.**  Plaintiff's motion for leave to file a second amended complaint, ECF No. 26, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's federal claims are dismissed

1

with prejudice. Plaintiff's state law claim is dismissed without prejudice." The Clerk shall close the file.

**SO ORDERED on April 22, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**